IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-64 |
| ARA APRAHAMIAN | : | |

## AMENDED ORDER

**AND NOW**, this 21st day of April 2023, upon consideration of Defendant's Letter Request for Adjournment of the Motion Deadline (ECF No. 57), and the responses thereto, it is **ORDERED** that the Request is **GRANTED**. It is further **ORDERED** the August 17, 2022, Scheduling Order is amended as follows:

1. The Government and Defendant shall provide any supplemental discovery of information provided to experts by October 16, 2023, or on a rolling basis as soon as practicable after production to experts.

2. Responses to any motions shall be due two weeks from the date that the motion was filed. Any replies shall be filed by one week from the date that the response was filed. This schedule shall govern even if the operative motion is filed before the deadline provided below.

3. Any substantive motions, including motions to dismiss, shall be filed no later than September 18, 2023. Responses to any substantive motions shall be filed by October 2. Replies shall be filed by October 10.

4. The Government shall provide disclosures related to expert witness testimony by November 20, 2023. Defendant shall provide disclosures related to expert witness testimony by December 18, 2023.

5. Preliminary exhibit lists and Federal Rules of Evidence 404(b) notices shall be disclosed by December 26, 2023.

6. All pretrial motions and trial memoranda shall be filed no later than January 2, 2024. Responses to pretrial motions shall be filed by January 16. Replies shall be filed by January 22.

7. A hearing on pretrial motions will be scheduled at the request of the parties.

8. Trial exhibit lists shall be disclosed by February 12, 2024.

9. Proposed voir dire questions, jury instructions, witness lists, and proposed verdict forms shall be filed on or before February 19, 2024.

10. Trial is scheduled for February 26, 2024, at 9:30 a.m.

**IT IS SO ORDERED.**

                                                                           **BY THE COURT:**

                                                                           */s/ R. Barclay Surrick*
                                                                           **R. BARCLAY SURRICK, J.**